FILED
VANESSA L. ARMSTRONG, CLERK

DEC - 4 2019

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

IN THE MATTER OF THE APPLICATION OF )
THE UNITED STATES OF AMERICA FOR )
SEARCH WARRANT FOR FACEBOOK ) CASE NO. 1:18-MJ-89
ACCOUNT 100026621114609 )

## MOTION TO UNSEAL

Comes the United States of America, by its counsel, and moves the Court to unseal all affidavits, applications, orders, and materials relating to the above-captioned matter which was ordered sealed by this Court by Order dated October 17, 2018, for the reason that the search warrant has been executed and there is no further reason for the materials attendant to the search warrant to remain sealed.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

Christopher C. Tieke
Assistant United States Attorney
717 West Broadway
Louisville, KY 40202
(502) 625-7079