UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

IN THE MATTER OF THE APPLICATION OF )
THE UNITED STATES OF AMERICA FOR )
SEARCH WARRANT FOR FACEBOOK ) CASE NO. 1:18-MJ-89
ACCOUNT 100026621114609 )

## ORDER

Upon the motion of the United States, and the court sufficiently advised,

IT IS HEREBY ORDERED that the motion is **GRANTED**, and all affidavits, applications, orders, and materials relating to the above matter and contents thereof, which were sealed by this Court by Order dated October 17, 2018, be, and are hereby **ORDERED UNSEALED**, subject to any redaction by Court Rules or General Orders.

_____          _____
Date                                                                    Hon. Lanny King
                                                                              United States Magistrate Judge